**Order entered December 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01013-CV

**LUXOTTICA OF AMERICA INC. F/K/A LUXOTTICA RETAIL NORTH AMERICA INC. AND EYEMED VISION CARE LLC, GUTMAN VISION, INC., ALEX GUTMAN, AND MILANA GUTMAN, Appellants**

**V.**

**JEFFREY GRAY, DAWN GRAY AND BRAVE OPTICAL, INC., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-07929**

## ORDER

Before the Court is appellees' December 23, 2019 first unopposed motion for extension of time to file their briefs. We **GRANT** the motion and **ORDER** appellees' briefs be filed no later than February 10, 2020.

/s/    KEN MOLBERG
         JUSTICE